AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

JOE MYERESS

*Plaintiff*

v.   Civil Action No. 1:17-cv-22527-UU

BRICKELL KEY HOLDINGS, LLC

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BRICKELL KEY HOLDINGS, LLC
*by serving its registered agent Thomas G. Sherman, Esq., P.A.*
90 Almeria Avenue
Coral Gables, Florida 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Julian A. Jackson-Fannin, Esq.
Duane Morris LLP
200 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
JJFannin@duanemorris.com
305-960-2253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/07/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts